Ella R. Hopkins, Appellant, v. Paul C. Loeber et al., Appellees. John G. Pross et al., Cross-Appellants.

Gen. No. 42,974.

opinion filed September 11, 1944; rehearing denied September 29, 1944. Shulman, Shulman & Abrams, of Chicago, for appellant; Meyer Abrams, of Chicago, of counsel; J. Edward Jones, of Chicago, for cross-appellant; J. Edward Jones, of Chicago, for appellees; Walter E. Wiles and George E. Q. Johnson, both of Chicago, for certain appellee; Boyle, Murphy & Nelson, of Chicago, for certain other appellee; Thomas E. Murphy and Robert C. Nelson, both of Chicago, of counsel. Opinion by JUSTICE O'CONNOR. Not to be published in full.